IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. NO.: 15-CR-20093-SHL |
| Plaintiff, ) | |
| vs. ) | 18 U.S.C. § 500 |
| ) | 18 USC § 2 |
| JUENELLE CORLETTE, ) | |
| a/k/a KRISTINA DUNN, ) | |
| and AARON HOPE a/k/a "A-Town," ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SUPERSEDING I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNTS 1 through 21:

On or about the following dates, in the Western District of Tennessee and elsewhere, the defendants,

**JUENELLE CORLETTE a/k/a KRISTINA DUNN
and
AARON HOPE a/k/a "A-Town,"**

aided and abetted by one another and by others both known and unknown to the Grand Jury, with intent to defraud, did falsely alter, in material respect, money orders provided and issued by and under the direction of the Postal Service and payable in the United States, in that the defendants falsely altered the value of the money orders from one dollar to one thousand dollars on the face of the said money orders, the said money order, as so altered, being of the following tenor and description:

| Count: | Date Purchased: | Serial Number: | Date Recovered: |
|---|---|---|---|
| 1 | February 9, 2015 | 22341472738 | April 9, 2015 |
| 2 | February 17, 2015 | 22619703240 | April 9, 2015 |
| 3 | February 17, 2015 | 22221306044 | April 9, 2015 |
| 4 | February 17, 2015 | 22221306055 | April 9, 2015 |
| 5 | February 17, 2015 | 22221306066 | April 9, 2015 |
| 6 | February 17, 2015 | 22221306077 | April 9, 2015 |
| 7 | February 17, 2015 | 22619703238 | April 9, 2015 |
| 8 | March 4, 2015 | 22748062094 | April 9, 2015 |
| 9 | March 9, 2015 | 22535340816 | April 9, 2015 |
| 10 | March 9, 2015 | 222535340827 | April 9, 2015 |
| 11 | March 27, 2015 | 22304073868 | April 9, 2015 |
| 12 | March 27, 2015 | 22304073835 | April 9, 2015 |
| 13 | March 27, 2015 | 22304073756 | April 9, 2015 |
| 14 | March 27, 2015 | 22304073767 | April 9, 2015 |
| 15 | March 27, 2015 | 22304073778 | April 9, 2015 |

| 16 | March 27, 2015 | 22304073780 | April 9, 2015 |
| 17 | March 27, 2015 | 22304073791 | April 9, 2015 |
| 18 | March 27, 2015 | 22304073802 | April 9, 2015 |
| 19 | March 27, 2015 | 22304073824 | April 9, 2015 |
| 20 | March 27, 2015 | 22748058156 | April 9, 2015 |
| 21 | March 27, 2015 | 22748058167 | April 9, 2015 |

All in violation of Title 18, United States Code, Section 500.

### COUNTS 22 through 26

On or about April 9, 2015, in the Western District of Tennessee and elsewhere, the defendant,

**JUENELLE CORLETTE a/k/a KRISTINA DUNN
and
AARON HOPE a/k/a "A-Town,"**

aided and abetted by one another and by others both known and unknown to the Grand Jury ,with intent to defraud, passed, uttered and published or attempted to do so the following altered money orders issued by and under the direction of the United States Postal Service, knowing the value of the money order had been materially altered from one dollar to one thousand dollars:

| Count: | Location | Serial Number | Altered Amount |
|---|---|---|---|
| 22 | Southaven Post Office | 22341472738 | $1,000 |

3

| 23 | Southaven Post Office | 22535340816 | $1,000 |
|----|----------------------|-------------|--------|
| 24 | White Station Post Office | 22619703240 | $1,000 |
| 25 | Mendenhall Post Office | 22304073868 | $1,000 |
| 26 | Germantown Post Office | 22304073835 | $1,000 |

All in violation of Title 18, United States Code, Section 500.

**A TRUE BILL:**

_____
**FOREPERSON**

DATE: August 11, 2015

_____
**EDWARD L. STANTON III**
**UNITED STATES ATTORNEY**