PARKS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.: 15-CR-20093-SHL |
| Plaintiff, ) | |
| vs. ) | 18 U.S.C. § 371 |
|  ) | 18 U.S.C. § 500 |
|  ) | 18 USC § 2 |
| AARON HOPE a/k/a "A-Town," ) | |
| Defendant. ) | |

## SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1:

1. From on or about February 9, 2015, to on or about April 9, 2015, in the Western District of Tennessee and elsewhere, the defendant,

### AARON HOPE a/k/a "A-Town"

knowingly and willfully conspired and agreed with Juenelle Corlette and with other persons, to commit an offense against the United States, that is, with intent to defraud the United States, passing, uttering and publishing or attempting to do so money orders issued by and under the direction of the United States Postal Service, knowing the same to contain material alterations therein unlawfully made, in violation of Title 18, United States Code, Section 500.

## MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that AARON HOPE and Juenelle Corlette would purchase Postal Service money orders.

3. It was further part of the conspiracy that AARON HOPE and Juenelle Corlette would alter, or cause to be altered, the dollar amounts originally on the Postal money orders, raising the dollar amounts on the Postal money orders substantially.

4. It was further part of the conspiracy that AARON HOPE and Juenelle Corlette would then pass or attempt to pass the altered and raised Postal money orders to the United States Postal Service for cash.

## OVERT ACTS

5. In furtherance of the conspiracy, the following overt acts, among others, were committed in the Western District of Tennessee and elsewhere:

(a) On or about March 27, 2015, Juenelle Corlette purchased Postal money orders at the Franklin Mills Post Office in Philadelphia, Pennsylvania with a face value of one dollar.

(b) On or about April 9, 2015, Juenelle Corlette visited approximately ten post offices in the Western District of Tennessee and elsewhere and passed or attempted to pass altered and raised Postal money orders.

(c) Juenelle Corlette and AARON HOPE possessed altered and raised Postal money orders.

(d) From on or about March 27, 2015, to on or about April 9, 2015, AARON HOPE communicated with Juenelle Corlette via telephone regarding the nature and object of the conspiracy.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-4

On or about April 9, 2015, in the Western District of Tennessee and elsewhere, the defendant,

### AARON HOPE a/k/a "A-Town"

being aided and abetted by Juenelle Corlette, with intent to defraud the United States, passed, uttered and published or attempted to do so the following altered money orders issued by and under the direction of the United States Postal Service, knowing the value of the money order had been materially altered from one dollar to one thousand dollars:

| Count: | Location | Serial Number |
|---|---|---|
| 2 | White Station Post Office | 22619703240 |
| 3 | Mendenhall Post Office | 22304073868 |
| 4 | Germantown Post Office | 22304073835 |

All in violation of Title 18, United States Code, Sections 500 and 2.

A TRUE BILL:

_____
**F O R E P E R S O N**

DATE: _____

_____
**EDWARD L. STANTON III
UNITED STATES ATTORNEY**